```
Leigh A. White, State Bar No. 167477
Laura L. Saadeh, State Bar No. 130459
CARLTON DiSANTE & FREUDENBERGER LLP          JS-6
2600 Michelson Drive
Suite 800
Irvine, California  92612
Telephone:  (949) 622-1661
Facsimile:  (949) 622-1669
E-Mail:  lwhite@cdflaborlaw.com
         lsaadeh@cdflaborlaw.com

Attorneys for Defendant
WALT DISNEY WORLD CO.

Dennis A. Dascanio, State Bar No. 127151
LAW OFFICES OF DENNIS A. DASCANIO
960-C West 17th Street
Santa Ana, California  92706
Telephone:  (714) 550-7002

Attorneys for Plaintiff
Stacey Estrella
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| STACEY ESTRELLA, | Case No. SA CV08-1164-DOC (ANx) |
|---|---|
| Plaintiff, | Judge David O. Carter |
| v. | [Orange County Superior Court Case No. 30-2008-00111106] |
| DISNEYLAND, DISNEY WORLDWIDE SERVICES, INC. and Does 1 through 50, Inclusive, | **ORDER FOR DISMISSAL** |
| Defendants. | Action Filed: August 27, 2008<br>Trial Date:   None Set |

[Proposed] Order for Dismissal

329835.1

1  |  Due to Plaintiff Stacey Estrella ("Plaintiff") and Defendant Walt Disney
2  |  World Co. ("Defendant"), through their respective counsel of record, resolving the
3  |  matter between the parties and having stipulated to dismiss the above-captioned
4  |  action, the Court hereby orders that this matter be dismissed in its entirety with
5  |  prejudice.  It is further ordered that each party shall bear their own costs and
6  |  attorneys' fees.
7
8
9  |  Dated:  _January 12, 2009_____  *David O. Carter*
10 |  _____
   |  The Honorable David O. Carter
   |  United States District Court Judge

1

[Proposed] Order for Dismissal

329835.1